Sherwood J. Reese
Sherwood.reese@comcast.net
Luke Moen-Johnson
sherwoodreese@comcast.net
Drew L. Johnson, P.C.
1700 Valley River Drive, Suite 100
Eugene, OR  97401
(541) 434-6466

Attorneys for Plaintiff

UNITED STATES COURT DISTRICT COURT

DISTRICT OF OREGON

**MELANIE S.,**

              Plaintiff,

    vs.

Commissioner of Social Security
Administration,

              Defendant.

_____

Civil No. 6:23-CV-1668-SI

**ORDER APPROVING
ATTORNEY FEES PURSUANT TO 42
U.S.C. §406(b)**

The Commissioner takes no position on the request to award a netted 406(b) award. Upon consideration of Plaintiff's petition for attorney fees pursuant to 42 U.S.C. §406(b), and Defendant neither opposing nor supporting the application, Plaintiff's counsel Luke Moen-Johnson is hereby awarded attorney fees under the Social Security Act, 42 U.S.C. §406(b) in the gross of $13,488.38, less $10,269.59 in fees previously awarded under the Equal Access to

ORDER APPROVING ATTORNEYS FEES PURSUANT TO 42 U.S.C §406 (b) -          1

Justice ("EAJA"), 28 U.S.C. §2412, which Counsel may retain in partial satisfaction of the §406(b) award. This leaves a net amount of $3,218.79 due to counsel.

The Commissioner shall deduct from this amount any applicable processing fee prescribed by law and release to Plaintiff's counsel Luke Moen-Johnson the balance from any past-due benefits the agency withheld from Plaintiff in anticipation of an order under 42 U.S.C. §406(b). After paying Luke Moen-Johnson the net §406(b) award, the Commissioner shall release to Plaintiff any unused balance of past-due benefits that the Commissioner withheld for attorney fees. Any attorney fees owing in excess of past-due benefits withheld by the Defendant shall be paid by Plaintiff.

IT IS SO ORDERED this day of April 14, 2026

_____
U.S. District Judge/Magistrate Judge

PRESENTED BY:

By:     /s/ SHERWOOD J. REESE
        Sherwood J. Reese, OSB #144130
        Of Attorneys for Plaintiff

ORDER APPROVING ATTORNEYS FEES PURSUANT TO 42 U.S.C §406 (b) -          2